# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| NOELLE LeCANN, KRISTIN SELIMO, ) <br> and TANIA FUNDUK, on behalf of ) <br> themselves and others similarly situated, ) <br> ) <br> **Plaintiffs,** ) <br> ) <br> vs. ) <br> ) <br> THE ALIERA COMPANIES INC., ) <br> formerly known as ALIERA ) <br> HEALTHCARE, INC., ) <br> ) <br> **Defendant.** ) | **CIVIL ACTION NO.** <br> **1:20-CV-02429-AT** |

## JOINT STIPULATION ON RESPONSIVE PLEADING AND BRIEFING REGARDING FIRST AMENDED CLASS ACTION COMPLAINT

Defendant The Aliera Companies Inc. ("Aliera") and Plaintiffs Noelle LeCann, Kristin Selimo, and Tania Funduk hereby stipulate that, by minute order of January 28, 2021, the Court granted Plaintiffs' Motions for Leave to File their First Amended Complaint and Supplemental Brief [Doc. 39]. Plaintiffs' First Amended Class Action Complaint for Damages having been filed on September 15, 2020, [Doc. 32], and effective as of January 28, 2021, nothing further need be done to perfect its filing. The First Amended Class Action Complaint shall hereby be deemed to have been filed as of January 28, 2021, which is the date that the Court allowed its filing in this action.

44911779 v4

The Parties agree by this Stipulation that Defendant's Motion to Dismiss or Alternatively Compel Arbitration [Doc. 12] is deemed to be resubmitted in its entirety, including all exhibits thereto, in response to Plaintiffs' First Amended Complaint [Doc. 32], and all related responsive filings regarding Defendant's Motion to Dismiss or Alternatively Compel Arbitration [Doc. 12] are similarly resubmitted in response thereto so that all materials previously filed with the Court regarding Defendant's Motion to Dismiss or Alternatively Compel Arbitration [Doc. 12] are now deemed to apply to Plaintiffs' First Amended Complaint [Doc. 32] and may be considered by the Court without further action or refiling.

Defendant may further file with the Court on or before February 12, 2021 an additional pleading of no more than five (5) pages in response to the First Amended Complaint. Thereafter, Plaintiffs may file on or before February 19, 2021 a response in further support of the First Amended Complaint of no more than seven (7) pages. Defendant may file a reply brief, if any, to Plaintiffs' response of no more than three (3) pages by February 26, 2021.

The Court entered an order staying discovery and certain pre-trial requirements under Rules 16 and 26 of the Federal Rules of Civil Procedure (and the associated Local Rules) until after the disposition of the pending Motion to Dismiss, or Alternatively, Compel Arbitration [Doc. 12] on August 10, 2020 [Doc. 24]. This Stipulation does not affect or alter either that Order or the Court's Minute Order of

September 3, 2020, that stayed various deadlines and provided that, within 14 days of the Court's ruling on [Doc. 12], the parties confer and submit a proposed scheduling order for the Court's consideration.

It appearing to the Court that this Joint Stipulation serves the ends of judicial efficiency, it is hereby ORDERED that it is approved by the Court, and discovery and other obligations pursuant to Rules 16 and 26, as well as the associated Local Rules, shall continue to be stayed as provided in the Court's previous orders pertaining thereto.

This 2nd day of February, 2021.

                                                AMY TOTENBERG
                                                United States District Judge

SUBMITTED AND AGREED TO BY:

                                                */s David F. Walbert*
                                                David F. Walbert
                                                Georgia Bar No. 730450
                                                Jennifer K. Coals on
                                                Georgia Bar No. 266989
                                                **Parks, Chesin & Walbert,**
                                                **P.C.** 75 14th St. NE, 26th Floor
                                                Atlanta, Georgia 30309
                                                Telephone: (404) 873 – 8000
                                                dwalbert@pcwlawfirm.com
                                                jcoalson@pcwlawfirm.com

        Stephen J. Fearon, Jr.
Paul Sweeny
**Squitieri & Fearon, LLP**
57th St., 12th Floor
New York, New York 10022
Telephone: (212) 421 – 6492
stephen@sfclasslaw.com
paul@sfclasslaw.com


*/s/ Sarah R. Craig*
Sarah R. Craig
Georgia Bar No. 463578
Primary Email: scraig@burr.com
BURR & FORMAN, LLP
One Tampa City Center
201 North Franklin Street, Ste. 3200
Tampa, Florida 33602
Telephone:   (813) 367-5766
Facsimile:    (813) 221-7335

*Counsel for Defendant,
The Aliera Companies Inc.*